

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAY WATSON,**

    Plaintiff,

v.                                                  Civil Action No. **3:16CV167**

**DAVID ROBINSON,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 15, 2016, the Court directed Plaintiff to pay an initial partial filing fee of $11.31 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis.* Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                   /s/
                                                 M. Hannah Lauck
Date: JUN 0 1 2016                 United States District Judge
Richmond, Virginia